*Messrs. Davies & Haskins,* for Relator.

---

No. 2,174.—IN THE MATTER OF THE APPLICATION OF CHRISTINE NISSLER, AND OTHER HEIRS OF CHRISTINE NISSLER, DECEASED, FOR A WRIT OF PROHIBITION.

Original application to prohibit Hon. Michael Donlan, a judge of the district court of Silver Bow county, from hearing and considering certain matters.

Decided February 23, 1905.

PER CURIAM.—Relator's application for a writ of prohibition herein is hereby denied.